UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-153 JRT/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA M. HENDREN (JULKOWSKI),<br><br>Defendant,<br><br>WELLS FARGO BANK,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about December 16, 2004.

The parties have agreed to compromise the debt for $4,000. Defendant has now paid $3,500 towards the judgment with the remaining $500 due by January 15, 2005. Accordingly,

IT IS HEREBY ORDERED that the Writ of Garnishment served on or about December 16, 2004, is released.

Dated: December 27, 2004

s/Raymond L. Erickson
Magistrate Judge
United States District Court